**IN RE R.R.N.**

[367 N.C. 490 (2014)]

IN THE MATTER OF:                    )          From Wilson County
R.R.N.                               )
                                     )


No. 186P14


ORDER

Petitioner's petition for discretionary review is allowed as to the following issue: "Whether the Court of Appeals erred in its interpretation of N.C.G.S. § 7B-101(3) regarding the definition of a 'caretaker.'" Respondent's motion to dismiss is denied, petitioner's motion for leave to file verification is allowed, and petitioner's petition for writ of supersedeas is allowed.

By order of the Court in Conference, this 19th day of August, 2014.


                              s/Beasley, J.
                              For the Court